1  Anthony L. Hall, Esq.
   Nevada Bar No. 5977
2  ahall@hollandhart.com
   Dora V. Lane, Esq.
3  Nevada Bar No. 8424
   dlane@hollandhart.com
4  HOLLAND & HART LLP
   5441 Kietzke Lane, Second Floor
5  Reno, Nevada 89511
   Telephone: (775) 327-3000
6  Facsimile: (775) 786-6179

7  Attorneys for Defendant LOWE'S HIW INC.

8  Jeffery Pryde
   2035 Rabbit Way
9  Washoe Valley, NV 89701
   Phone: (775) 291-2478
10 E-mail bentwood1@yahoo.com

11 Plaintiff, Pro Se

12                IN THE UNITED STATES DISTRICT COURT

13                       DISTRICT OF NEVADA

14
   JEFFERY PRYDE,                           CASE NO.    3:08-cv-00100-LRH-VPC
15
              Plaintiff,            **STIPULATION TO EXTEND DEADLINE**
16                                 **FOR DEFENDANT LOWE'S TO FILE A**
                                   **REPLY IN SUPPORT OF MOTION TO**
17 vs.                            **DISMISS AND/OR TO FILE A RESPONSIVE**
                                  **PLEADING TO PLAINTIFF'S AMENDED**
   LOWE'S HIW INC.,               **SUPPLEMENTAL CIVIL COMPLAINT** ; ORDER
18
              Defendant.          **(FIRST REQUEST)**
19

20

21        Pro Se Plaintiff Jeffery Pryde ("Plaintiff") and Defendant Lowe's HIW, Inc.

22 ("Defendant"), by and through their counsel of record, hereby stipulate to extend the time

23 allowed for Defendant to file a reply in support of Defendant's Motion to Dismiss (Doc. 14,

24 filed on April 20, 2009) and to file a responsive pleading to Plaintiff's Amended Supplemental

25 Civil Complaint (Doc. 30, filed on September 23, 2009). The parties have stipulated that

26 Defendant may have an additional (2) two weeks due to the fact that Defendant's counsel has an

27 oral argument hearing in Ninth Circuit court on October 9, 2009, and will be preparing and

28 traveling to California and has requested additional time in order to respond. This is the first

4625522_1                              Page 1 of 2

HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

1  request made by defendant regarding the motion and Plaintiff's Amended Supplemental

2  Complaint.  Defendant's new deadline to file a Reply in Support of its Motion to Dismiss and to

3  file a response to Plaintiff's Amended Supplemental Civil Complaint is **October 22, 2009.**

4  DATED this _____ day of October, 2009.

5

6  *Dora Lane*

7  Anthony L. Hall, Esq.
   Dora V. Lane, Esq.

8  HOLLAND & HART LLP
   5441 Kietzke Lane, Second Floor

9  Reno, Nevada 89511
   Telephone:  (775) 327-3000
   Facsimile:   (775) 786-6179

10

11  *Attorneys for Defendant Lowe's HIW Inc.*

12  DATED this **1st** day of October, 2009.

13

14  Jeffery Pryde

15  2035 Rabbit Way
    Washoe Valley, NV 89701

16  Phone: (775) 291-2478
    E-mail  bentwood1@yahoo.com

17  Plaintiff, Pro Se

18  **IT IS SO ORDERED.**

19  DATED this 2nd day of October, 2009.

20

21

22

23  LARRY R. HICKS
    UNITED STATES DISTRICT JUDGE

24

25

26

27

28

4625522_1