HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JEFFERY PRYDE,

        Pryde,                      CASE NO.    3:08-cv-00100-LRH-VPC

vs.                                                        **ORDER**

LOWE'S HIW INC.,

        Defendant.
_____/

      Before the Court are Plaintiff Jeffery Pryde's ("Pryde") Motion for Emergency Request for Admissions of the Court (Doc. No. 50) and Pryde's Motion for Relief from Judgment (Doc. No. 52). On June 28, 2010, the Court held a hearing on the foregoing motions, which was attended by Pryde, representing himself, and Dora V. Lane, Esq., appearing on behalf of Defendant Lowe's HIW, Inc. ("Lowe's"). During the hearing, Pryde indicated that he wished to remove the motions to a higher court.

      Accordingly, IT IS ORDERED that Pryde's Motion for Emergency Request for Admissions of the Court (Doc. No. 50) and Pryde's Motion for Relief from Judgment (Doc. No. 52) are DENIED as moot.

Dated this 11th day of August, 2010.

                                                                             _____
                                                                             UNITED STATES DISTRICT JUDGE